# WANTED!!

## (BY THE U.S. GOV'T FOR ONLY $42.22/OZ.)

 

OTHER
BULLION
COINS,
BARS &
ROUNDS

 

KRUGERRAND     MAPLE LEAF     OTHER BULLION     AMERICAN EAGLE     PHILHARMONIC

The *"legal"* price of gold is a blatant warning that the government may want your gold again!

**The present US government's _legal_ price of gold is $42.22 per troy ounce.** For those who don't believe that's applicable today, think again. It was confirmed by the Supreme Court just a generation ago.*

The decision involved the Franklin Mint, whose shipment of Krugerrands was lost by TWA. ***TWA's insurance carrier insisted that the gold coins were worth only $42.22/oz. because that was the last official price of gold set by the government.*** Obviously, the Franklin Mint wanted to be compensated at the actual **market value** of gold—which is what they paid for it. ***But the Supreme Court ruled that gold bullion values in commerce are limited to $42.22 an ounce.***

PLAINTIFF'S
EXHIBIT
ONE

That means all future **confiscated gold** could be *"compensated"* at only $42.22 [in fiat paper greenbacks] and you won't be able to do anything about it. The constitutional requirement of compensation after "due process of law" would be satisfied.

That "legal" price of gold also means something else. It is another blatant warning that the government may be contemplating grand larceny—again. **In the next "emergency," the real or market price of gold might easily rise to $2000/oz. or more.** That leaves an immense spread from the *$42 legal price* for the raiders to exploit—and a huge temptation to strike. It would yield a "profit" of at least $250/oz. at today's prices, [and perhaps thousands of dollars/oz. in a crisis] for every ounce the government can seize out of safe-deposit boxes and other private holdings. **Expect the worst, and prepare for it now.**

H.L. Mencken said: *"Government . . . remains the common enemy of all well-disposed, industrious and decent men.* Its permanent preoccupation is extracting as much wealth as it can from the public, as easily as possible, by fair means, or more usually, foul

(If you own gold or silver bullion, <u>YOU'VE GOT A PROBLEM!</u> The solution is as simple as a call to us at **1-800-947-COIN (2646).**

*Trans World Airlines, Inc. Vs. Franklin Mint Corporation, et al. 466 US 243, 80L Ed 2d 273,104 S Ct. 1776 [Nos. 82-1186 and 82-1465]  Argued November 30, 1983.  Decided April 17, 1984.

# The Great Gold Heist

Claiming a "national emergency," an American president once seized much of the wealth of America's citizens. Could it happen again?

*by William F. Jasper*



**"Nothing to fear ..."** President Roosevelt delivering his March 12, 1933 "fireside chat" to the nation, in which he announced his banking and gold-confiscation measures.

It was the biggest bank heist of the century, perhaps of all time. For sheer audacity, it rivals the fantastic scheme of the fictional arch-villain Dr. Goldfinger to raid Fort Knox in one of the most famous James Bond spy-thriller episodes. But this was no celluloid or pulp fiction, and there was no Agent 007 to foil the plot at the last minute. The mastermind who pulled off the real-life caper was no comic-book rogue; he was the president of the United States.

Franklin Delano Roosevelt was elected our 32nd president on November 8, 1932 and assumed office on March 4, 1933, delivering his famous inaugural address, in which he assured the nation that "the only thing we have to fear is fear itself." For the vast majority of Americans suffering in the depths of the Great Depression, those were welcome and soothing words. But, as they were soon to find out, there was a great deal to fear from the new occupant of the White House with the silken-voiced assurances.

On March 5 Roosevelt issued a proclamation convening Congress in Extra Session four days later, on March 9, 1933. However, the president did not intend to wait that long. On March 6, 1933, less than 48 hours after taking over the Oval Office, Roosevelt declared a one-week "bank holiday," from March 6 to March 13. For the first time in U.S. history, an American president had closed the nation's banks. But that was merely the beginning of a series of revolutionary acts in the celebrated "First Hundred Days" of FDR's unconstitutional restructuring of America known as the New Deal.

By what authority did the new president take this radical action? Incredibly, he cited the Trading with the Enemy Act, passed in 1917 during the administration of President Woodrow Wilson. As legal scholar Henry Mark Holzer has pointed out, "The [bank holiday] Proclamation's reference to the World War I Trading with the Enemy Act, which had long since expired, was a strained attempt to find some semblance of legal support for Roosevelt's unprecedented assumption of complete control over America's banking system."

In his essay, "How Americans Lost Their Right to Own Gold and Became Criminals in the Process," Dr. Holzer, a noted author and professor of constitutional and administrative law at Brooklyn Law School, explains how that earlier legislation — ostensibly aimed at foreign

36



PLAINTIFF'S EXHIBIT Two



**Big heist:** Workmen at the U.S. Mint packing gold — confiscated from Americans — for shipment to the new government vaults at Ft. Knox, Kentucky, in 1937.

enemies, was turned into a weapon against American citizens:

The existence of a state of war between the United States and Germany in 1917 had prompted the passage of the Trading with the Enemy Act, one purpose of which was to make unlawful all dealings between Americans and the enemies of the United States. However, an obscure subsection of the Act authorized the President to regulate, investigate, and *prohibit* "… any transactions in foreign exchange, export or earmarkings of gold or silver coin or bullion or currency … by any person within the United States."

When Congress convened on March 9, Roosevelt had his ducks in a row to wrangle passage of the Emergency Banking Act. Members of Congress were not given copies of the bill, but were urged blindly to vote for the measure after only 40 minutes of debate. Citing "the serious circumstances which confront the country," House Majority Leader Joseph W. Byrns (D-Tenn.) called on the House members to hastily pass the bill and "send it to the Senate so it may become a law this evening,

and thus enable the President of the United States to open the banks tomorrow."

Eager to demonstrate patriotic bipartisan support, House Minority Leader Bertrand H. Snell (R-N.Y.) urged Republicans to vote "aye," noting, "the house is burning down, and the President of the United States says this is the way to put out the fire."

Rep. Ernest Lundeen of the Minnesota Farm Labor Party was one of the few members who refused to blindly vote "aye." After the legislation was passed by voice vote and he was finally recognized on the House floor, Rep. Lundeen expressed his outrage:

Mr. Speaker, today the Chief Executive sent to this House of Representatives a banking bill for immediate enactment…. No one has told us who drafted the bill. There appears to be a printed copy at the Speaker's desk, but no printed copies are available for the House Members. The bill has been driven through the House with cyclonic speed….

We therefore have the spectacle of the great House of Representatives of the United States of America passing, after a 40-minute debate, a bill its Members never read and never saw, a bill whose author is unknown. The great majority of the Members have been unable to get a minute's time to discuss this bill; we have been refused a roll call; and we have been refused recognition by the Chair….

I am suspicious of this railroading of bills through our House of Representatives, and I refuse to vote for a measure unseen and unknown…. We must not allow ourselves to be swept off our feet by hysteria, and we must not let the power of the Executive paralyze our legislative action.

But the orchestrated hysteria not only prevailed, it prevailed in a single day. By 7:30 p.m., the Emergency Banking Act had also passed the Senate, and later that night it was signed into law by President Roosevelt. The following month, on April 5, the president issued Executive Order 6102, declaring that a "national emergency still continues to exist." Therefore, he ordered: "All persons are hereby required to deliver on or before May 1, 1933, to a Federal Reserve Bank or a branch or agency thereof … all gold coin, gold bullion and gold certificates."

> On April 5, 1933, President Roosevelt issued Executive Order 6102, which declared: "All persons are hereby required to deliver on or before May 1, 1933, to a Federal Reserve Bank or a branch or agency thereof … all gold coin, gold bullion and gold certificates."

This ended the 141-year era of circulating gold coins as a strong part of our monetary system. During the remainder of 1933 the President and the Treasury issued additional regulations and clarifications on gold surrender. One exemption was authorized which permitted the holding of gold under special license for use in industry, certain professions, and RARE AND UNUSUAL COINS OF VALUE TO COLLECTORS.

The price of gold had been arbitrarily set at $20.67 a fine ounce for 96 years. The difference between the nominal value of the gold dollar and the actual gold content by weight was due to the original seignorage granted the Treasury by law in 1837. Under this, the statutory troy ounce of bullion worth $20.67 was exchanged for $20.00 in coin. The difference was allowed to offset minting costs.

Citizens who surrendered their gold were paid $20.67 per ounce in Federal Reserve Notes and silver coins. At the time of the surrender, the government gold stockpile stood at about 200 million ounces, or $4 billion at $20.67 per ounce.

## ROOSEVELT DEVALUES THE DOLLAR BY 59%

In June, 1933, Congress passed a joint resolution abrogating gold clauses in all contracts past and future. This meant that all contractual obligations must be met in units of current currency value. Just six months later, on January 15, 1934, the Gold Reserve Act was passed authorizing all monetary gold to be owned by the government as a bullion base for its currency. All gold in the Federal Reserve was transferred to the Treasury in exchange for non-circulating gold certificates issued to Federal Reserve Banks. This Gold Reserve Act kicked off a series of events that shocked conscientious monetary thinkers and changed the face of the early "New Deal" from wonder to suspicion.

The new law gave Roosevelt power to devalue the dollar in an amount he deemed appropriate; but not to exceed 60 percent. He jumped on it immediately and devalued the dollar 59 percent--from $20.67 per fine ounce of gold to $35. At the same time, he formally prohibited the minting of all gold coins and demonetized those outstanding. The devaluation netted the government a $3 billion profit and raised the value of its gold holdings to $7 billion. From the moment of the devaluation, the United States began to accumulate gold on an ever increasing scale. By 1940 our gold reserve had increased to $18 billion.

Next came the confiscation of silver. On August 9, 1934, a Presidential Proclamation ordered all silver bullion surrendered to the Treasury within 90 days and a 50 percent tax was levied on any profits from the sale of silver. The order netted 113 million ounces for which the holders were paid 50.1 cents per ounce.

Most people don't realize that THE GOVERNMENT STILL HAS THE POWER TO SEIZE GOLD. According to Ron Paul, a former Representative from the State of Texas:

"When the freedom to own gold was restored in 1975, a little known provision of the Federal Reserve Act was overlooked: 12 U.S.C. 248(n). This subsection outlines an authority which in effect would negate the freedom granted in 1975 that allowed U.S. citizens to once again own gold. The law states:
"Whenever, in the judgment of the Secretary of the Treasury, such action is necessary to protect the currency system of the United States, the Secretary--at his discretion, may require any or all individuals--to pay and deliver to the Treasurer of the United States any or all gold coins, gold bullion, and gold certificates owned by such individuals.'
"In other words, we have on the books the power of the government to abrogate the freedom of individuals to hold a specific commodity, in this case gold.'

In a recent interview with Dan Rosenthal, in Silver and Gold Report, Mr. Paul said:

"If it gets bad enough, they'll declare a national economic emergency. They'll take over the banks, all business and industry. They may even try to confiscate our gold.
"I served on the Gold Commission for eight or nine months while I was in Congress along with fifteen other members. I brought up the subject of confiscation. The power to confiscate gold is still on the books as the law of the land. I urged the full Commission to recommend Congress repeal the power to confiscate gold in an economic emergency.

9

PLAINTIFF'S EXHIBIT Three



# INTERNATIONAL RARITIES CORPORATION

## "GOLD CONFISCATION"*

On April 5, 1933, acting under authority of the newly created Emergency Banking Act, President Roosevelt issued Executive Order #6102 which required the surrender of all gold holdings. Because the Executive Order specifically stated "all gold coin", it might have been possible to confiscate all numismatic gold despite its value, if the order stopped there. However, the order exempted "gold coins having recognized special value to collectors or rare and unusual coins".

Wording in the above statement becomes an important element. Exempted from the surrender requirement were not the "owners" of rare gold coins, or "holders" of them, nor persons who "possessed" such coins, nor even "investors"; on the contrary, the order specifically focused on an individuals motives for having rare gold coins, exempting just one classification: "collectors". There is a clear distinction between "collectors" and "investors" in rare coins.

A collector's primary interest in rare coins is enjoyment. It's for historical, aesthetic or cultural reasons. An investor's interest in rare coins is financial – to make a profit. Roosevelt clearly intended to exclude only the collector.

Subsequent Treasury legislation added to the original Executive Order, the amendment stating; "gold coin made prior to 1934 is considered to be of recognized special value to collectors of rare and unusual coins."

The Eminent Domain Clause of the Fifth Amendment of the U.S. Constitution stand between the rare coin collector and government confiscation. Part of the Eminent Domain Clause states: "...nor shall private property be taken (by the government) for public use, without just compensation."

Bullion was easy to confiscate at the official price in 1933. Payment was made at the "official" gold price of $20.67/ounce. What would have been a "fair price" for rare gold coins? This created tremendous difficulties. Coins would have to be judged on a per-coin basis which was simply impractical. Fully realizing this, Roosevelt deliberately excluded these gold coins for his Executive Order.

In a future confiscation the Government could simply use world gold prices (spot prices) at the time the regulation went into effect. Rare gold coins would once again present unmanageable difficulties presented by the Eminent Domain Clause.

If you wish to own gold it would be wise to purchase it in the form of Pre-1936 American gold coins, with a variety of dates, denominations and mint marks, thereby possessing gold in a form that virtually guarantees exclusion from future gold confiscation.

*Excerpted from "Heads You Win, Tails You Win" by Jeffrey J. Pritchard.

PLAINTIFF'S
EXHIBIT
Four



# INTERNATIONAL RARITIES CORP

**331 - 2nd Avenue S, Suite 410, Minneapolis MN 55401**
**Toll Free: (800) 947-2646 Local (612) 330-0062 Fax (612) 330-9049**

# PURCHASE ORDER

PURCHASE DATE: February 5, 2009

CONSULTANT: JD/MK

PURCHASED FROM:
Dean Dellinger
5781 Northrop Rd.
Milton, FL  32570
850-623-3463

## The following items were purchased by International Rarities Corp, Inc.

| Qty. | Date | Grade | Description | Unit Price | Sub Total |
|------|------|-------|-------------|-----------|-----------|
| 204 | Common | Bullion | 1/10 oz Gold Eagles | $91.50 | $ 18,666.00 |
| 47 | Common | Bullion | 1/10 oz SAKR | $90.00 | $ 4,230.00 |
| 119 | Common | Bullion | 1/10 oz Canadian Maple Leafs | $90.00 | $ 10,710.00 |
| 57 | Common | Bullion | 1 oz SAKR | $935.00 | $ 53,295.00 |
| 84 | Common | Bullion | 1 oz Canadian Maple Leaf | $915.00 | $ 76,860.00 |
| 180 | Common | Bullion | 1 oz Gold Eagles | $945.00 | $ 170,100.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

Page 1

Total Pg 1: **$ 333,861.00**


PLAINTIFF'S
EXHIBIT
Five

# INTERNATIONAL RARITIES

## Invoice

331 Second Avenue South, Suite 410
Minneapolis, MN 55401
Ph: (800) 947-2646
Fax: (612) 330-9049

| Date | Invoice # |
|------|-----------|
| 2/5/2009 | 12904 |

| Bill To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Ship To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Consultant | Shipped Via | Terms | F.O.B. |
|------------|-------------|-------|--------|
| JD/MK | FedEx | Exchange | |

| Qty. Ordered | Item Code | Description | Price Each | Amount |
|--------------|-----------|-------------|------------|--------|
| 79 | 66 | $20 St. Gaudens MS-66<br><br>$2061.00 Remaining On Account | 4,200.00 | 331,800.00 |

| | |
|---|---|
| **Total** | $331,800.00 |
| **Payments/Credits** | $-331,800.00 |
| **Balance Due** | $0.00 |

These coins are being sold strictly as collector coins.
Past performance is not an indication of future value.
By no means have I implied or inferred as to their investment potential.





# INTERNATIONAL RARITIES CORP

331 - 2nd Avenue S, Suite 410, Minneapolis MN 55401
Toll Free: (800) 947-2646 Local (612) 330-0062 Fax (612) 330-9049

# PURCHASE
# ORDER

PURCHASE DATE: February 13, 2009

CONSULTANT: JD/MK

PURCHASED FROM:
Dean Dellinger
5781 Northrop Rd.
Milton, FL  32570
850-623-3463

### The following items were purchased by International Rarities Corp, Inc.

| Qty. | Date | Grade | Description | Unit Price | Sub Total |
|------|------|-------|-------------|-----------|-----------|
| 48 | Common | Unc | Morgan $ | $22.00 | $ 1,056.00 |
| 365 | Common | Circ | Morgan $ | $15.00 | $ 5,475.00 |
| 117 | Common | Circ | Peace $ | $15.00 | $ 1,755.00 |
| 901 | Common | Bullion | 1 oz .999 Silver Rounds | $13.15 | $ 11,848.15 |
| 53 | Common | Bullion | 10 oz .999 Silver Jm, Englehard | $131.50 | $ 6,969.50 |
| 6 | Common | Bullion | non jm,englehard 10 oz .999 silver bars | $131.50 | $ 789.00 |
| 2 | Common | Bullion | 50 oz .999 Silver Bars | $657.50 | $ 1,315.00 |
| 1 | Common | Bullion | 100 oz .999 Silver Bars | $1,315.00 | $ 1,315.00 |
| 10 | Common | Bullion | 100 oz .999 Englehard Silver Bars | $1,315.00 | $ 13,150.00 |
| 75 | Common | Bullion | Face 90% Silver Coin | $10.00 | $ 750.00 |
| 1 | Common | Bullion | 1 oz Silver Eagle | $15.00 | $ 15.00 |
| 1 | 1921-35 | Circ | Peace $ set | $525.00 | $ 525.00 |
| 2 | 1878-CC | Circ | Morgan $ | $75.00 | $ 150.00 |
| 1 | 1891-CC | Circ | Morgan $ | $85.00 | $ 85.00 |
| 1 | 1921 | Circ | Peace $ | $100.00 | $ 100.00 |
| 1 | Common | Bullion | 14pc 1976 Olympic Set | $84.00 | $ 84.00 |
| 2 | Common | Unc | Peace $ | $20.00 | $ 40.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

Page 1

Total Pg 1: $ 45,421.65


PLAINTIFF'S
EXHIBIT
Seven

# INTERNATIONAL RARITIES

**Invoice**

331 Second Avenue South, Suite 410
Minneapolis, MN 55401
Ph: (800) 947-2646
Fax: (612) 330-9049

| Date | Invoice # |
|------|-----------|
| 2/13/2009 | 12926 |

**Bill To**

Dean Dellinger
5781 Northrop Rd.
Milton, FL 32570
850-623-3463

**Ship To**

Dean Dellinger
5781 Northrop Rd.
Milton, FL 32570
850-623-3463

| Consultant | Shipped Via | Terms | F.O.B. |
|------------|-------------|-------|--------|
| JD/MK | FedEx | Exchange | |

| Qty. Ordered | Item Code | Description | Price Each | Amount |
|--------------|-----------|-------------|------------|--------|
| 3 | MS-67 | $20 St. Gaudens | 13,750.00 | 41,250.00 |
| 1 | MS-65 | $20 Liberty | 6,235.00 | 6,235.00 |
| | Bal. Difference | BALANCE WAIVED | -2.35 | -2.35 |

These coins are being sold strictly as collector coins.
Past performance is not an indication of future value.
By no means have I implied or inferred as to their investment potential.

| | |
|---|---|
| **Total** | $47,482.65 |
| **Payments/Credits** | $-47,482.65 |
| **Balance Due** | $0.00 |



# INTERNATIONAL RARITIES

## Invoice

331 Second Avenue South, Suite 410
Minneapolis, MN 55401
Ph: (800) 947-2646
Fax: (612) 330-9049

| Date | Invoice # |
|------|-----------|
| 3/5/2009 | 12998 |

**Bill To**

Dean Dellinger
5781 Northrop Rd.
Milton, FL 32570
850-623-3463

**Ship To**

Dean Dellinger
5781 Northrop Rd.
Milton, FL 32570
850-623-3463

| Consultant | Shipped Via | Terms | F.O.B. |
|------------|-------------|-------|--------|
| JD/MK | FedEx | Check | |

| Qty. Ordered | Item Code | Description | Price Each | Amount |
|--------------|-----------|-------------|------------|--------|
| 1 | Liberty 2.5 | 1840-C $2.50 Liberty NGC-55 | 7,675.00 | 7,675.00 |
| 1 | Liberty 2.5 | 1841-C $2.50 Liberty NGC-55 | 7,250.00 | 7,250.00 |
| 1 | Liberty 2.5 | 1844-C $2.50 Liberty NGC-50 | 8,700.00 | 8,700.00 |
| 1 | Liberty 2.5 | 1860-C $2.50 Liberty NGC-55 | 8,690.00 | 8,690.00 |
| 1 | $3 Princess | 1870 $3 Princess NGC-50 | 3,500.00 | 3,500.00 |
| 1 | Liberty 5 | 1840-C $5 Liberty NGC-55 | 11,550.00 | 11,550.00 |
| 1 | Liberty 5 | 1844-C $5 Liberty NGC-55 | 10,875.00 | 10,875.00 |
| 1 | Liberty 20 | 1855-S $20 Liberty NGC-58 | 5,075.00 | 5,075.00 |
| 1 | Liberty 10 | 1896 $10 Liberty PCGS MS-63 | 3,625.00 | 3,625.00 |
| 1 | Indian | 1911-S $5 Indian PCGS MS-63 | 13,600.00 | 13,600.00 |
| 1 | Liberty 10 | 1883 $10 Liberty NGC-63 | 3,825.00 | 3,825.00 |
| 1 | Liberty 10 | 1891-CC $10 Liberty PCGS AU-55 | 2,475.00 | 2,475.00 |
| 1 | Liberty 10 | 1895-O $10 Liberty PCGS MS-61 | 3,160.00 | 3,160.00 |

These coins are being sold strictly as collector coins.
Past performance is not an indication of future value.
By no means have I implied or inferred as to their investment potential.

| | |
|-----|-----|
| **Total** | $90,000.00 |
| **Payments/Credits** | $-90,000.00 |
| **Balance Due** | $0.00 |


PLAINTIFF'S
EXHIBIT
Nine



DEAN W. DELLINGER
MILDRED T. DELLINGER
5781 NORTHROP RD.   PH. 850-981-0259
MILTON, FL   32570

63-1162/632
4580270

810

DATE 3-4-09

PAY TO
THE ORDER OF   Martin Klavens                                $ 90,000.00

Ninety Thousand                                              DOLLARS

First National Bank
of Florida
Milton, Florida 32570

FNB Prime Checking

Dean W. Dellinger   MP

00810

SPECIALTY MNT

# INTERNATIONAL RARITIES

## Invoice

331 Second Avenue South, Suite 410
Minneapolis, MN 55401
Ph: (800) 947-2646
Fax: (612) 330-9049

| Date | Invoice # |
|------|-----------|
| 3/26/2009 | 13059 |

| Bill To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Ship To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Consultant | Shipped Via | Terms | F.O.B. |
|------------|-------------|-------|--------|
| JD/MK | FedEx | Check | |

| Qty. Ordered | Item Code | Description | Price Each | Amount |
|--------------|-----------|-------------|------------|--------|
| 1 | Liberty 5 | NGC-55 $5 Gold Liberty 1848-D | 9,100.00 | 9,100.00 |

| | |
|---|---|
| **Total** | $9,100.00 |
| **Payments/Credits** | $-9,100.00 |
| **Balance Due** | $0.00 |

These coins are being sold strictly as collector coins.
Past performance is not an indication of future value.
By no means have I implied or inferred as to their investment potential.



PLAINTIFF'S EXHIBIT
Ten

DEAN W. DELLINGER
MILDRED T. DELLINGER
5781 NORTHROP RD.   PH. 850-981-0259
MILTON, FL  32570

63-1162/632
4580270

824

DATE 3-25-09

PAY TO
THE ORDER OF  *International Rarities Corporation*          | $ 9100.00

*Ninety One Hundred and no/100* ~~~~~~          DOLLARS

FNB Prime Checking

First National Bank
of Florida
Milton, Florida 32570

Dean W. Dellinger          MP

008 24

# INTERNATIONAL RARITIES CORP

## Invoice

331 Second Avenue South, Suite 410
Minneapolis, MN 55401
Ph: (800) 947-2646
Fax: (612) 330-9049

| Date | Invoice # |
|------|-----------|
| 6/3/2009 | 13258 |

| Bill To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Ship To |
|---------|
| Dean Dellinger<br>5781 Northrop Rd.<br>Milton, FL 32570<br>850-623-3463 |

| Consultant | Shipped Via | Terms | F.O.B. |
|------------|-------------|-------|--------|
| JD/MK | Federal Express | Exchange | |

| Qty. Ordered | Item Code | Description | Price Each | Amount |
|--------------|-----------|-------------|-----------|--------|
| 1 | MS-64<br>check | $20 St. Gaudens<br>CHECK BACK | 2,500.00<br>84.00 | 2,500.00<br>84.00 |

| | |
|---|---|
| **Total** | $2,584.00 |
| **Payments/Credits** | $-2,584.00 |
| **Balance Due** | $0.00 |

These coins are being sold strictly as collector coins.
Past performance is not an indication of future value.
By no means have I implied or inferred as to their investment potential.



PLAINTIFF'S EXHIBIT
Eleven



# INTERNATIONAL RARITIES CORP

**331 - 2nd Avenue S, Suite 510, Minneapolis MN 55401**
**Toll Free: (800) 947-2646 Local (612) 330-0062 Fax (612) 330-9049**

# COIN EVALUATION

PURCHASE DATE: July 23, 2009

CONSULTANT: MK

Dean Dellinger

**The following items were evaluated by International Rarities Corp, Inc.**

| Qty. | Date | Grade | Description | Unit Price | Sub Total |
|---|---|---|---|---|---|
| | 1926 | MS-64 | $20 St. Gaudens | $2,750.00 | $ 2,750.00 |
| | 1840C | NGC-55 | $2.5 Liberty | $8,135.00 | $ 8,135.00 |
| | 1841C | NGC-55 | $2.5 Liberty | $9,400.00 | $ 9,400.00 |
| | 1844C | NGC-50 | $2.5 Liberty | $9,450.00 | $ 9,450.00 |
| | 1860C | NGC-55 | $2.5 Liberty | $9,215.00 | $ 9,215.00 |
| | 1870 | NGC-50 | $3 Princess | $3,800.00 | $ 3,800.00 |
| | 1840C | NGC-55 | $5 Liberty | $12,150.00 | $ 12,150.00 |
| | 1844C | NGC-55 | $5 Liberty | $11,450.00 | $ 11,450.00 |
| | 1855S | NGC-55 | $20 Liberty | $5,380.00 | $ 5,380.00 |
| | 1896 | PCGS MS-63 | $10 Liberty | $3,850.00 | $ 3,850.00 |
| | 1911S | PCGS MS-63 | $5 Indian | $14,450.00 | $ 14,450.00 |
| | 1883 | NGC-63 | $10 Liberty | $4,060.00 | $ 4,060.00 |
| | 1891CC | PCGS AU-55 | $10 Liberty | $2,625.00 | $ 2,625.00 |
| | 1895O | PCGS MS-61 | $10 Liberty | $3,100.00 | $ 3,100.00 |
| 3 | 1908 | MS-67 | $20 St. Gaudens | $14,700.00 | $ 14,700.00 x3=44,100.00 |
| | 1904 | MS-65 | $20 Liberty | $6,250.00 | $ 6,250.00 |
| | 1848D | NGC-55 | $5 Liberty | $8,950.00 | $ 8,950.00 |
| 79 | | MS-66 | $20 St. Gaudens | $5,125.00 | $ 404,875.00 |
| | | | | | $ - |
| | | | | | $ - |

Page 1



PLAINTIFF'S
EXHIBIT
Twelve

Total Pg 1: $ 534,590.00
2 (MS-67)  + 29,400.00
$ 563,990.00