IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEAN DELLINGER,

    Plaintiff,

vs.                                        CASE NO. 3:10cv323/RS-EMT

INTERNATIONAL RARITIES CORPORATION
and INTERNATIONAL RARITIES
HOLDINGS, INC.,

    Defendants.
_____/

## ORDER

Defendant International Rarities Holdings, Inc.'s Motion For Attorney's Fees And Costs (Doc. 29) is **denied**.

**ORDERED** on January 12, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**