IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEAN DELLINGER,
      Plaintiff,

v.                                  Case No.: 3:10cv323/RS/EMT

INTERNATIONAL RARITIES CORPORATION,
      Defendant.
_____/

## <u>ORDER TO SHOW CAUSE</u>

The district court referred this matter to the undersigned to conduct any necessary hearings and to enter a report and recommendation on Plaintiff's motion for sanctions (*see* docs. 71, 72). Plaintiff's motion was filed and served May 23, 2011, making Defendant's responsive memorandum due no later than June 6, 2011 (*see* N.D. Fla. Loc. R. 7.1(C)(1) (stating that a "party opposing a motion shall have fourteen (14) days from the date of service of the motion in which to file and serve a responsive memorandum").  As of today's date, June 13, 2011, Defendant has failed to file a responsive memorandum.

Defendant shall have through **Friday, June 17, 2011,** in which to show cause why Plaintiff's motion for sanctions, which includes requests to strike all of Defendant's defenses and to enter default judgment against Defendant on all counts (leaving for trial only the amount of damages), should not be granted.  If Defendant does not timely respond, on June 20, 2011, this court shall issue a report to the district court recommending granting Plaintiff's motion for sanctions due to Defendant's failure to file a responsive memorandum (*see* N.D. Fla. Loc. R. 7.1(C)(1), which provides that the failure to file a responsive memorandum may be sufficient cause to grant the motion).  Although the motion contains a Local Rule 7.1(B) certificate stating that counsel for Plaintiff and counsel for Defendant conferred prior to the filing of the motion and could not reach an accord on the issues presented, in the event Defendant's position has altered and it now does not

oppose the relief sought by Plaintiff, it should so advise the court within the time allotted.

Accordingly, it is **ORDERED**:

Defendant shall have through **Friday, June 17, 2011,** in which to show cause why Plaintiff's motion for sanctions, which includes requests to strike all of Defendant's defenses and to enter default judgment against Defendant on all counts (leaving for trial only the amount of damages), should not be granted.  Defendant's failure to file a responsive memorandum will result in a recommendation pursuant to N.D. Fla. Loc. R. 7.1(C)(1) to the district court that Plaintiff's motion for sanctions be granted.  If Defendant no longer opposes the relief sought in the motion, by **June 17, 2011**, it should so advise the court.

**DONE AND ORDERED** this 13th day of June 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**