UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEAN DELLINGER,**

    **Plaintiff,**

v.                                         Case No.:  3:10cv323/RS/EMT

**INTERNATIONAL RARITIES
CORPORATION and INTERNATIONAL
RARITIES HOLDINGS, INC.,**

    **Defendants.**

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant, International Rarities Corporation ("IRC"), responds to the Court's June 13, 2011 Order to Show Cause (Doc. 73) as follows:

1. IRC recently began consulting with bankruptcy attorneys in its home state of Minnesota regarding a potential reorganization of its business. IRC has determined such a reorganization is appropriate and necessary.

2. IRC did not attend the depositions that are the subject of Plaintiff's pending motion based on the belief that it needed to devote limited resources to pursuing that reorganization as quickly as possible. Moreover, based on preliminary discussions with bankruptcy attorneys in Minnesota, IRC believed that a bankruptcy petition was imminent.

2

3. IRC is continuing consultations with bankruptcy counsel in Minnesota and believes a reorganization of its business is likely to occur within the next several weeks.

4. IRC informs the undersigned counsel that it does contest the various allegations made by Plaintiff in this case, and that it therefore opposes Plaintiff's motion for sanctions to the extent that motion requests the entry of a default judgment.

5. To be clear, IRC acknowledges that it was advised by the undersigned counsel that it was obligated to respond and fully participate in discovery in this case unless and until an automatic stay was entered.

\* \* \*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the counsel of record listed below on June 17, 2011:

Joseph A. Zarzaur, Jr.
Zarzaur Law, P.A.
11 E. Romana Street
Pensacola, FL  32502

        /s/ W. Lee Elebash
        CHARLES WIGGINS
        Fla. Bar No.:  0048021
        ctw@beggslane.com
        W. LEE ELEBASH
        Fla. Bar. No.: 0074737
        wle@beggslane.com
        501 Commendencia Street
        Pensacola, FL  32502
        (850) 432-2451

        BEGGS & LANE, RLLP
        Attorneys for Defendant