IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEAN DELLINGER,

    Plaintiff,

vs.                                                                    CASE NO. 3:10cv323/RS-EMT

INTERNATIONAL RARITIES
CORPORATION,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 79).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated into this Order.

2. Plaintiff's motion for sanctions (Doc. 71) is denied as to Plaintiff's request to strike Defendant's defenses and enter a default judgment.

3. The Court will consider imposing sanctions against Defendant in the form of the attorneys fees and other expenses incurred by Plaintiff as a result of Defendant's violation of the Court's scheduling orders (Doc. 11, Doc. 26, Doc. 65).

4. Not later than July 20, 2011, Plaintiff shall file an itemization of attorneys fees and costs incurred as a result of Defendant's violations, following the requirements for the documentation of expenses set forth in N.D. Fla. Loc. R. 54.1(B) and 54.2(A).

**ORDERED** on July 6, 2011.

                                            <u>/s/ Richard Smoak</u>
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**