IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEAN DELLINGER,

    Plaintiff,

vs.                                     CASE NO. 3:10cv323/RS-EMT

INTERNATIONAL RARITIES
CORPORATION,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's unopposed motion for leave from the deadline for filing pretrial motions (Doc. 89).

**IT IS ORDERED:**

    1.    Plaintiff's motion is granted as to his three motions in limine.

    2.    Defendant shall respond to Plaintiff's motions in limine not later than noon on July 15, 2011.

    3.    Plaintiff's motion is denied as to his motion for summary judgment, which was not attached to Plaintiff's motion.

**ORDERED** on July 12, 2011.

                                                            /s/ Richard Smoak
                                                            RICHARD SMOAK
                                                            UNITED STATES DISTRICT JUDGE