IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEAN DELLINGER,**

    **Plaintiff,**

**vs.**                              **CASE NO. 3:10-cv-323/RS-EMT**

**INTERNATIONAL RARIETIES
CORP.,**

    **Defendant.**
_____ /

## ORDER

The jury trial scheduled for July 25, 2011 is rescheduled for **Monday, August 22, 2011**.

**ORDERED** on July 21, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**